IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA NOVAKOWSKI, | CIVIL DIVISION |
| Plaintiff, | NO.   04-356 ERIE |
| v. | Judge McLaughlin |
| ELAINE CHAO, SECRETARY, and the UNITED STATES DEPARTMENT OF LABOR, | **Electronically Filed** |
| Defendants. | |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED AND DECREED that discovery will be completed by October 29, 2005; Plaintiff's Pre-Trial Narrative Statement shall be filed on or before November 30, 2005; Defendants' Pre-Trial Narrative Statement shall be filed on or before December 23, 2005; on or before November 15, 2005 any Party may file the Dispositive Motion which will be accompanied by Supporting Brief and such Affidavits and other supporting documents as may be appropriate. Responses to Dispositive Motions may be filed on or before December 15, 2005. Briefs not to exceed 25 pages in length except by leave of Court. A single short reply Brief by the Movant will be considered by the Court if filed within seven days of the Brief in Opposition to the Motion. Not additional Briefs will be submitted.

BY THE COURT:

_____ J.