**John Linkosky**

**From:** ecf_intake_pawd@pawd.uscourts.gov
**Sent:** Friday, September 02, 2005 4:35 PM
**To:** pawd_ecf@pawd.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00356-SJM NOVAKOWSKI v. CHAO, et al "Order on Motion for Extension of Time to Complete Discovery"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from rlh, entered on 9/2/2005 at 4:34 PM EDT and filed on 9/2/2005

**Case Name:** NOVAKOWSKI v. CHAO, et al
**Case Number:** 1:04-cv-356
**Filer:**
**Document Number:** 11

**Docket Text:**
ORDER granting [10] Motion for Extension of Time to Complete Discovery. Discovery due by 10/29/2005; Plaintiff's Pretrial Statement due by 11/30/2005; Defendant's Pretrial Statement due by 12/23/2005; Summary Judgment due by 11/15/2005; Response to Summary Judgment due by 12/15/2005. Signed by Judge Sean J. McLaughlin on 9/2/2005. (rlh)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=9/2/2005] [FileNumber=65670-0] [ 2b1e5fac63f3b0878a1738ffb7ce4af003146684 1a652772c95906aa5504d84bc8cdf6 f72bdcb4b2f23dfee35f8951a23b670e6c170039e8815f1ec208756a78]]

**1:04-cv-356 Notice will be electronically mailed to:**

John R. Linkosky    linklaw@comcast.net, miljo@adelphia.net

Paul E. Skirtich    paul.skirtich@usdoj.gov, carol.friedrich@usdoj.gov;usa-paw-ecf-civil@usdoj.gov

**1:04-cv-356 Notice will be delivered by other means to:**

9/7/2005

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA NOVAKOWSKI, | CIVIL DIVISION |
| Plaintiff, | NO. 04-356E |
| v. | Judge McLaughlin |
| ELAINE CHAO, SECRETARY, and the UNITED STATES DEPARTMENT OF LABOR, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that the original and one copy of the foregoing Plaintiff's First Request for Production of Documents has been served upon the following by First Class, U.S. mail, postage prepaid this _3d_ day of August, 2005.

Paul E. Skirtich, Esquire
Assistant U.S. Attorney
United States Department of Justice
U.S. Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219

_____
John R. Linkosky, Esquire
Attorney for Plaintiff

EXHIBIT B

# JOHN LINKOSKY & ASSOC.

ATTORNEYS AT LAW

715 WASHINGTON AVE.
CARNEGIE, PA 15106
(412) 278-1280
(412) 278-1282 (FAX)

September 29, 2005

Paul E. Skirtich, Esquire
Assistant U.S. Attorney
United States Department Of Justice
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

      RE:    Novakowski v. Elaine Chao, et al.
                Civil Action No. 04-356E

Dear Mr. Skirtich:

      This is to remind you that Defendants' Responses to Plaintiff's Interrogatories and Request for Production of Documents were due on September 3, 2005. I have recently forwarded you Plaintiff's Responses to Defendants' Discovery Requests but have heard nothing from you as to when Defendants will provide their answers. Please advise me promptly as to when these answers will be received in order that I determine whether it is necessary to ask for another extension of time for completion of discovery.

                                            Sincerely yours,

                                            John R. Linkosky, Esquire

JRL/alo

EXHIBIT C

October 10, 2005

Paul E. Skirtich, Esquire
Assistant U.S. Attorney
United States Department Of Justice
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219

      RE:    Novakowski v. Elaine Chao, et al.
              Civil Action No. 04-356E

      *Via E-Mail: paul.skirtich@usdoj.gov*

Dear Mr. Skirtich:

      This is in response to your request that I provide dates as to my availability to attend and take depositions in the above referenced case prior to October 29, 2005.

      The weeks of October 10-14 and 17-21 are not feasible in that I have middle of the week appointments in each week. In the week of October 24-29, I have an appointment on the 24th and am free thereafter. However, my client will be on special assignment in Alabama and/or Mississippi regarding the hurricanes from October 17 through October 31 and therefore unavailable.

      We will need an extension of time.

John R. Linkosky

EXHIBIT D

# John Linkosky

**From:** John Linkosky [linklaw@comcast.net]
**Sent:** Wednesday, October 19, 2005 10:46 AM
**To:** 'paul.skirtich@usdoj.gov'
**Subject:** Novakowski v. Elaine Chao, et al.

To:     Paul E. Skirtich, Esquire

    RE:     Novakowski v. Elaine Chao, et al.
           Civil Action No. 04-356E

Dear Mr. Skirtich:

    On October 10, 2005, I advised you that discovery could not be completed in the above referenced matter by the date that discovery is to end on October 29, 2005. In addition to the lack of availability of my client, I have not yet received responses to my discovery requests from the Defendant. During our telephone conversation, you alluded to asking for an extension of time to complete discovery if it could not be accomplished by the date established by the Court. I have not heard from you either regarding answers to my discovery request or whether you intend to ask for an extension of time. Since it is the failure of your client to timely respond to my discovery request that is the primary reason for needing an extension of time, I think that it is appropriate that you make that request and save my client the cost of me doing so. It is also more appropriate that you make the request since you know when your client will have the responses to my discovery requests completed. Of course, you have my consent to request an extension of time.

    Please advise me of your position on these matters.

Sincerely yours,
John R. Linkosky, Esquire

EXHIBIT E

10/24/2005