IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA NOVAKOWSKI, | CIVIL DIVISION |
| Plaintiff, | NO.    04-356 ERIE |
| v. | Judge McLaughlin |
| ELAINE CHAO, SECRETARY, and the UNITED STATES DEPARTMENT OF LABOR, | **Electronically Filed** |
| Defendants. | |

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED AND DECREED that this Honorable extend the date for completion of discovery until January 31, 2006 and adjust all other dates in the Case Management Order accordingly.

BY THE COURT:

_____ J.