IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA NOVAKOWSKI )<br>    Plaintiff, )<br> )<br>V )<br> )<br>ELAINE CHAO, Secretary and the )<br>UNITED STATES DEPT. OF LABOR )<br>    Defendants. ) | Civil Action No.  04-356 ERIE |

## ORDER

AND NOW, this  25th  day of  October , 2004, upon consideration of the Motion to Extend Time of Discovery filed by the Plaintiff

IT IS HEREBY ORDERED that a telephonic conference is scheduled for **Friday, October 28, 2005 at 9:30 a.m.** before the Honorable Sean J. McLaughlin.

IT IS FURTHER ORDERED that Attorney Linkosky shall initiate the call by calling the conference line at (814) 464-9615.

s/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: All counsel of record  nmk