MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Novakowski

*Plaintiff*

vs.

Secretary Chao, et al.,

*Defendant*

No. CA04-356 E

HEARING ON Motion to Extend time

Before Judge McLaughlin

John Linkosky                                  Paul Skirtich

*Appear for Plaintiff*                         *Appear for Defendant*

Hearing begun 9:24 a.m. 10-28-05    Hearing adjourned to _____

Hearing concluded C. A. V. 9:31 am    Stenographer Ron Bench

WITNESSES:

*For Plaintiff*                                *For Defendant*

Motion to Extend time is GRANTED
Disc. extended until 12-28-05
π's ptrl. stmt. 1-16-06
Δ's  "     "    2-6-06
Mtn for Sum. Jgmt 1-16-06
Response to Mtns 2-6-06