IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA NOVAKOWSKI, | CIVIL DIVISION |
| Plaintiff, | NO.   04-356 ERIE |
| v. | Judge McLaughlin |
| ELAINE CHAO, SECRETARY, and the UNITED STATES DEPARTMENT OF LABOR, | **Electronically Filed** |
| Defendants. | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED AND DECREED that Defendants are to provide full and complete responses to Plaintiff's Second Discovery Requests on or before January 15, 2006 , and further, that Plaintiff has until January 31, 2006 to conduct depositions of Richard Soltan and John Stranahan..

BY THE COURT:

_____ J.