IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA NOVAKOWSKI,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    CIVIL ACTION NO. 04-356E
                                  )
ELAINE CHAO, SECRETARY, AND THE   )    JUDGE McLAUGHLIN
UNITED STATES DEPARTMENT          )
OF LABOR,                         )    ELECTRONICALLY FILED
                                  )
            Defendants.           )

O R D E R

AND NOW, to wit, this _____ day of _____,

200__, upon consideration of the Motion for Enlargement of Time

to Complete Discovery heretofore filed by Defendants, Elaine

Chao, Secretary, and the United States Department of Labor, IT IS

HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that both parties shall have

until January 28, 2006, to complete discovery and that all prior

deadlines are hereby extended by thirty days.

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record