```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA NOVAKOWSKI,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )   CIVIL ACTION NO. 04-356E
                                  )
ELAINE CHAO, SECRETARY, AND THE   )   JUDGE McLAUGHLIN
UNITED STATES DEPARTMENT          )
OF LABOR,                         )   ELECTRONICALLY FILED
                                  )
          Defendants.             )
```

<u>DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S MOTION TO COMPEL</u>

AND NOW, come Defendants, Elaine Chao, Secretary, and the United States Department of Labor, by their attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said District and, pursuant to Rule 6(b) of the Fed. R.Civ.P., files the following Motion for an Enlargement of Time of Two (2) Days, until January 20, 2006, to File Responsive Pleading to Plaintiff's Motion to Compel:

1. On December 28, 2005, Plaintiff filed a Motion to Compel Discovery Responses.

2. On January 5, 2006, this Court ordered Defendants to respond to said Motion by January 18, 2006.

3. Counsel for Defendant needs a brief extension of two (2) days to complete his response.

    4.   Plaintiff will not suffer prejudice by this extension.

    WHEREFORE, Defendants, Elaine Chao, Secretary, and the United States Department of Labor, respectfully request that the Court issue an Order granting this Motion.

                                   Respectfully submitted,

                                   MARY BETH BUCHANAN
                                 UNITED STATES ATTORNEY

                                 <u>s/Paul E. Skirtich</u>
                                 PAUL E. SKIRTICH
                                 Assistant U.S. Attorney
                                 Western District of PA
                                 U.S. Post Office & Courthouse
                                 700 Grant Street, Suite 4000
                                 Pittsburgh, PA 15219
                                 (412) 894-7418
                                 PA ID No. 30440

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the within Defendants' Motion for Enlargement of Time to File Responsive Pleading to Plaintiff's Motion to Compel was electronically filed and/or served by postage-paid U.S. Mail, to and upon the following:

>    John R. Linkosky, Esquire
>    John Linkosky & Associates
>    715 Washington Avenue
>    Carnegie, PA 15106

>    s/Paul E. Skirtich
>    PAUL E. SKIRTICH
>    Assistant U.S. Attorney

Dated:  January 18, 2006