```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA NOVAKOWSKI,              )
                                )
          Plaintiff,            )
                                )
     v.                         )   CIVIL ACTION NO. 04-356E
                                )
ELAINE CHAO, SECRETARY, AND THE )   JUDGE McLAUGHLIN
UNITED STATES DEPARTMENT        )
OF LABOR,                       )   ELECTRONICALLY FILED
                                )
          Defendants.           )
```

## O R D E R

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion for Enlargement of Time to File Responsive Pleading to Plaintiff's Motion to Compel Discovery Responses heretofore filed by Defendants, Elaine Chao, Secretary, and the United States Department of Labor, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until January 20, 2006, to respond to Plaintiff's Motion to Compel.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

cc:  All counsel of record