IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA NOVAKOWSKI,                          CIVIL DIVISION

     Plaintiff,                             NO.     04-356 ERIE

v.                                          Judge McLaughlin
                                            **Electronically Filed**
ELAINE CHAO, SECRETARY, and the
UNITED STATES DEPARTMENT OF LABOR,

     Defendants.


## <u>ORDER OF COURT</u>

     AND NOW, to-wit, this _____ day of _____, 2006,

it is hereby ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Extension

of Time is denied.  Defendants will produce the documents which are the subject of Plaintiff's

Motion to Compel Discovery by no later than January 20, 2006.

.                                           BY THE COURT:


_____ J.