```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA NOVAKOWSKI,                )
                                  )
    Plaintiff,                    )
                                  )
    v.                            )    CIVIL ACTION NO. 04-356E
                                  )
ELAINE CHAO, SECRETARY, AND THE   )    JUDGE McLAUGHLIN
UNITED STATES DEPARTMENT          )
OF LABOR,                         )
                                  )    ELECTRONICALLY FILED
    Defendants.                   )
```

## O R D E R

AND NOW, to wit, this \_\_\_\_\_ day of _____, 2006, upon consideration of the Motion for Enlargement of Time to File a Motion for Summary Judgment by Defendants, Elaine Chao, Secretary, and the United States Department of Labor, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall file their Motion for Summary Judgment on or before April 16, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record