# IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Novakowski )
_____ )
                Plaintiff )
        vs.      ) No. CA 04-356 E
Chao    )
_____ )
                Defendant )

HEARING ON _Telephone Argument on Mtn to Extend time (27)_

Held on _Tues. 2-21-06_

Before Judge _McLaughlin_

Atty. Sinkowsky                             Atty. Skirtich
_____        _____
Appear for Plaintiff                        Appear for Defendant

Hearing begun  10:06 am        Hearing adjourned to  10:17 am
Hearing concluded C.A.V. _____   Stenographer  Ron Bench
                                  Clerk  n/a

## WITNESSES:

For Plaintiff                               For Defendant

Mtn to Extend (27) is Granted; SJ extended 45 days.
Δ's MSJ 4-3-06
π's Response 4-24-06

π to file mtn to compel w/in 14 days.
Δ Response w/in 14 days of receipt