IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA NOVAKOWSKI, | CIVIL DIVISION |
| Plaintiff, | NO.    04-356E |
| v. | Judge McLaughlin |
| | **Electronically Filed** |
| ELAINE CHAO, SECRETARY, and the UNITED STATES DEPARTMENT OF LABOR, | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED AND DECREED that Defendants produce all the documents resulting from the Investigation of the Office of Inspector General in the Erie Area Office of OSHA.

BY THE COURT:


_____ J.