```
                  IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| DEBORA NOVAKOWSKI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    CIVIL ACTION NO. 04-356E |
| | ) |
| ELAINE CHAO, SECRETARY, AND THE | )    JUDGE McLAUGHLIN |
| UNITED STATES DEPARTMENT | ) |
| OF LABOR, | ) |
| | )    ELECTRONICALLY FILED |
|     Defendants. | ) |

## O R D E R

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion for Enlargement of Time to File Responsive Pleading to Plaintiff's Motion to Compel Discovery Responses heretofore filed by Defendants, Elaine Chao, Secretary, and the United States Department of Labor, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until March 23, 2006, to respond to Plaintiff's Motion to Compel.

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record