```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DEBORA NOVAKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-356E |
| | ) | |
| ELAINE CHAO, SECRETARY, AND THE | ) | JUDGE McLAUGHLIN |
| UNITED STATES DEPARTMENT | ) | |
| OF LABOR, | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendants. | ) | |

<u>O R D E R</u>

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion to Compel Discovery and Response to said Motion heretofore filed by Defendants, Elaine Chao, Secretary, and the United States Department of Labor, IT IS HEREBY ORDERED that said Plaintiff's Motion to Compel Discovery is DENIED.

 

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record