IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL TRIAL TERM

The following cases are listed for trial beginning on **May 8, 2006**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania

When cases are called for trial between **May 8, 2006 and June 12, 2006**, counsel are to be prepared to select a jury and proceed to trial. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

| | | |
|---|---|---|
| CA 03-173 E | Brian Pierce v. P.A. Dept. of Corrections | (Beuth, Sanders, Maravich) |
| CA 04-150 E | Stacy s. v. Girard School District, et. al., | (Olds, Betza) |
| CA 04-356 E | Debora Novakowski v. Secretary Elaine Chao, et. al., | (Linkowsky, Skirtich) |
| CA 05-76 E | Abby Conley v. County of Erie, et. al., | (Angelon, McNair, Joyal, Lanzillo, Lane) |
| CA 05-135 E | Valerie Hanes v. Elk Regional Medical Center | (Kaharick, Hardy) |
| CA 05-196 E | Tanielle Shurney v. Scott Enterprises Inc. et. al., | (Adams, Bax, Hutton, Bareford, Malone) |

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES

Nicole M. Kierzek
Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel