IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Debora Novakowski | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-356 E |
| | ) | |
| Secretary Elaine Chao, et. al., | ) | |
|     Defendants. | ) | |

**O R D E R**

AND NOW, this 4th day of April, 2006, IT IS HEREBY ORDERED that a settlement conference will be held before the undersigned on Monday, April 17, 2006 at 9:30 a.m. in Room A-250, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA . All parties and all counsel shall be present in person, and have full settlement authority to settle the above captioned case.

                                                Sean J. McLaughlin,
                                                United States District Judge

cc: All counsel of record. nmk