IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Debora Nowakowski )
_____ )
         Plaintiff )
                               )
   vs.                         ) No. CA 04-356 E
                               )
Secretary Elaine Chao, et al., )
_____ )
         Defendant )

~~HEARING~~ Argument ON Mtn to Amend Complaint [36]

Held on Wednesday, May 17, 2006

Before Judge Sean J. McLaughlin

John R. Linkosky                    Paul E. Skirtich
_____         _____
   Appear for Plaintiff                Appear for Defendant

Hearing begun 9:52 am          Hearing adjourned to 10:06 am

Hearing concluded C.A.V. _____   Stenographer Ron Bench

                                  Clerk n/a

WITNESSES:

   For Plaintiff                       For Defendant

Motion to Amend Complaint [DOC #36] DENIED