# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Debora Novakowski
_____
Plaintiff

vs.    No. CA 04-356 E

Secretary Claire Chao, et al.
_____
Defendant

HEARING ON Pretrial Conference

Held on Wednesday May 17, 2006

Before Judge Sean J. McLaughlin

John R. Linkosky                Paul E. Skirtich
_____    _____
Appear for Plaintiff            Appear for Defendant

Hearing begun 10:08 am    Hearing adjourned to 11:11 am

Hearing concluded C.A.V. _____    Stenographer Ron Beach

                                  Clerk n/a

### WITNESSES:

For Plaintiff            For Defendant

Case scheduled to begin Jury trial on June 5, 2006 @ 8:30 am. Counsel given jury instructions