IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA NOVAKOWSKI, ) | |
| ) | Civil Action No. 04-356E |
| Plaintiff, ) | |
| ) | Judge McLaughlin |
| v. ) | |
| ) | Electronically Filed |
| ELAINE CHAO, SECRETARY, and The ) | |
| UNITED STATES DEPARTMENT ) | |
| OF LABOR, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion in Limine to exclude evidence of a sexually hostile environment and/or the irrelevant bad acts and discipline of miscellaneous male employees, and any response thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED,** and all evidence regarding a sexually hostile environment and/or the irrelevant bad acts and discipline of miscellaneous male employees is hereby excluded from the trial in this action.

BY THE COURT:

_____
District Court Judge McLaughlin