IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA NOVAKOWSKI,                    )
                                      )        Civil Action No. 04-356E
              Plaintiff,              )
                                      )        Judge McLaughlin
       v.                             )
                                      )        Electronically Filed
ELAINE CHAO, SECRETARY, AND THE       )
UNITED STATES DEPARTMENT              )
OF LABOR,                             )
                                      )
              Defendants.             )

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF AN ALLEGED
PATTERN AND PRACTICE OF DISCRIMINATION BY DEFENDANTS**

              AND NOW, come Defendants, Elaine Chao, Secretary, and the United States

Department of Labor, by and through their attorneys, Mary Beth Buchanan, United States

Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States

Attorney for the same district, and move the Court to issue an Order excluding all evidence of an

alleged pattern and practice of discrimination, including evidence regarding hiring/promotion

decisions at various OSHA offices in the Philadelphia region, on the grounds that such evidence

would be irrelevant to the sole issue in this case - Plaintiff's non-selection for a promotion in the

Erie office.

              A Brief in support of this Motion is being filed simultaneously herewith and is

incorporated herein by reference.

WHEREFORE, Defendants, Elaine Chao, Secretary, and the United States

Department of Labor, respectfully request that the Court issue an Order excluding any evidence

of an alleged pattern and practice of discrimination by Defendants.


Dated: June 2, 2006                              Respectfully Submitted,

                                                 MARY BETH BUCHANAN
                                                 UNITED STATES ATTORNEY


                                                 s/ Paul E. Skirtich
                                                 PAUL E. SKIRTICH
                                                 Assistant U.S. Attorney
                                                 Western District of Pennsylvania
                                                 700 Grant Street, Suite 4000
                                                 Pittsburgh, PA 15219
                                                 (412) 894-7418
                                                 PA ID No. 30440

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Motion in Limine was electronically filed and/or served via First-Class U.S. Mail on this 2nd day of June, 2006, on the following:

John R. Linkosky, Esquire
John Linkosky & Associates
715 Washington Avenue
Carnegie, PA 15106

s/ Paul E. Skirtich
Paul E. Skirtich
Assistant U.S. Attorney