IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORA NOVAKOWSKI, | ) | |
| | ) | Civil Action No. 04-356E |
| Plaintiff, | ) | |
| | ) | Judge McLaughlin |
| v. | ) | |
| | ) | Electronically Filed |
| ELAINE CHAO, SECRETARY, AND THE | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF LABOR, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion in Limine to exclude evidence of an alleged pattern and practice of discrimination at various OSHA offices, and any response thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED,** and all evidence regarding an alleged pattern and practice of discrimination, including evidence of hiring and promotion decisions at various OSHA offices, is hereby excluded from the trial in this action.

BY THE COURT:

_____
U.S. District Judge McLaughlin