# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Debbra Novakowski )
_____ )
           Plaintiff )
)
vs. ) No. CA 04-356 Erie
)
Secretary Elaine Chao & )
United States Dept. of Labor )
           Defendant )

HEARING ON Mtns in Limine [48-49]

Before Judge Sean J. McLaughlin

John R. Pirkosky           Paul Skurtich
                                       Lee Karl

     Appear for Plaintiff            Appear for Defendant

Hearing begun 8:50 - 9:20 am   Hearing adjourned to 11:01 am - 11:15 am

Hearing concluded C.A.V. _____   Stenographer Ron Bench
                                     Clerk: YK

## WITNESSES:

    For Plaintiff                  For Defendant

[48] Mtn to exclude evidence - Granted
[49] Mtn in Limine - Granted