# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

DEBORA NOVAKOWSKI

vs  04-356 ERIE  CIVIL

SECRETARY ELAINE CHAO and  Time for Selection: 9:40am: Jury Trial begins 10:50 a m

UNITED STATES DEPARTMENT OF LABOR

Date: June 6, 2006

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | LORI JO BLY | 10 | RENEE PAROPACIC |
| 2 | ~~KRISTINE L. DOMBKOWSKI~~ PAUL FAILS JR. | 11 | ~~ERIN COTTRETT~~ D3 |
| 3 | THOMAS CAPPELLO | 12 | DENNIS BLANKENSHIP |
| 4 | ~~PAUL CANCILLA~~ ~~SAM DUNLAP JR.~~ P-1 | 13 | RICHARD WITTMAN |
| 5 | ~~BRIAN LAWRENCE~~ ~~RICK KAHLE~~ P-2 | 14 | DARYL SEVERIN |
| 6 | ~~LINDA DONICO~~ ~~GLORIA COOVER~~ D1 | 15 | |
| 7 | ~~BRIAN HASSELMAN~~ P-3 | 16 | |
| 8 | DENNIS LINDBERG | 17 | |
| 9 | ~~JULIE WILLOW~~ D2 | 18 | |

## WITNESSES

| PLAINTIFF | | DEFENDANTS | |
|---|---|---|---|
| 6/6 | Debora Novakowski | 6/7 | John Stramnaham |
| 6/7 | Theresa Sipple | 6/8 | Richard Salton |
| | | 6/8 | Gloria Jacober |
| | | 6/8 | Joseph Chmielewski |