## CLERK'S MEMORANDUM

| | | | | | |
|---|---|---|---|---|---|
| Civil Number | Civil Action 04-356 Erie | | Case closed | June 8 | 2006 |
| Before Judge | Sean J. McLaughlin | | Judge Charges Jury | June 8 | 2006 |
| Appears for Pltf. | John R. Linkosky | | Jury Retires | June 8 | 2006 |
| | | | Verdict | June 9 | 2006 |
| Appears for Deft. | Paul Skirtich & Lee Karl | | | Judgment in favor of the Defendant, Secretary Chao and the United States Department of Labor and against the Plaintiff, Debora Novakowski. | |
| Appears for 3rd pty. | | | | | |
| Pltf. opens | June 6 | 2006 | Bailiff in charge/Law Clerk | | |
| Pltf. rest | June 7 | 2006 | Court Reporter | Karen Earley | |
| Pltf. close | June 8 | 2006 | Deputy Clerk | Nicole Kierzek | |
| Deft. opens | June 6 | 2006 | | | |
| Deft. rest | June 8 | 2006 | | | |
| Deft. close | June 8 | 2006 | | | |

### JURY

1. Lori Jo Bly
2. Paul Fails, Jr.
3. Thomas Cappello
4. Renee Paropacic
5. Dennis Blankenship
6. Richard Wittman
7. Daryl Severin
8. Dennis Lundberg

### TRIAL MOTIONS

Motions in Limine Documents # 48, 49 are GRANTED

Defendants Oral Motion for Rule 50 is DENIED

### TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| Trial Opens | 9:40am-12:02pm-June 6 | 2006 |
| Continues | 1:10pm-2:10 pm-June 6 | 2006 |
| Continues | 2:15pm-3:15pm- June 6 | 2006 |
| Continues | 3:30pm-4:30pm- June 6 | 2006 |
| Continues | 9:10 am-10:25am June 7 | 2006 |
| Continues | 10:35am-11:45pm June 7 | 2006 |
| Continues | 12:50pm-1:55pm June 7 | 2006 |
| Continues | 2:15pm- 4:25pm June 7 | 2006 |
| Continues | 9:20am-10:30am June 8 | 2006 |
| Continues | 10:35am 11:35am June 8 | 2006 |
| Continues | 12:55pm-1:50pm June 8 | 2006 |
| Continues | 1:55pm-3:30pm June 8 | 2006 |
| Continues | 4:40pm-4:50pm June 8 | 2006 |
| Continues | 10:30am-10:45am June 9 | 2006 |
| Continues | | 20__ |
| Continues | | 20__ |
| Trial closed | June 9 | 2006 |
| Verdict | June 9 | 2006 |