AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

DEBORA NOVAKOWSKI

V.

SECRETARY ELAINE CHAO and UNITED STATES DEPARTMENT OF LABOR

**EXHIBIT AND WITNESS LIST**

Case Number: CA 04-356 ERIE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Sean J. McLaughlin | John R. Linkosky | Paul Skirtich and Lee Karl |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Karen Earley | Nicole M. Kierzek |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 6/6/06 | 1 | X | Resume for CS Position |
| 2 |  | 6/6/06 | 2 | X | Vacancy Announcement |
| 3 |  | 6/6/06 | 3 | X | Vacancy Announcement |
| 4 |  | 6/6/06 | 4 | X | Cover Letter with Resume |
| 5 |  | 6/6/06 | 5 | X | Letter from Gladys Stewart |
| 6 |  | 6/6/06 | 6 | X | Letter from Gladys Stewart |
| 7 |  | 6/6/06 | 7 | X | Letter from Gladys Stewart |
| 8 |  | 6/6/06 | 8 | X | Letter from Gladys Stewart |
| 9 |  | 6/6/06 | 9 | X | Performance appraisal of Mr. Chimieiewski |
| 10 |  | 6/6/06 | 10 | X | Overview of VIPP |
| 11 |  | 6/6/06 | 11 | X | American Society of Safety Engineers |
| 12 |  | 6/6/06 | 12 | X | Letter from Roberta Kersey |
| 24 |  | 6/6/06 | 24 | X | Calculated pay loss for not receiving the promotion |
| 14 |  | 6/7/06 | 14 | X | Certificate of Eligibles for Merit Staffing |
| 15 |  | 6/7/06 | 15 | X | Certificate of Eligibles for Merit Staffing |
| 23 |  | 6/7/06 | 23 | X | Merit Staffing Evaluation Plain |
| 22 |  | 6/7/06 | 22 | X | FPM Chapter 335 Chapter and Internal Placement |
| 18 |  | 6/7/06 | 18 | X | Mr. Stranahan's Affidavit |
|  | D | 6/7/06 | D | X | Certificate of Eligibles for VA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| NOVAKOWSKI | | vs. | | CHAO, et al., | CASE NO. CA 04-356 ERIE |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | E | 6/7/06 | E | X | Certificate of Eligibles for VA |
| | G | 6/7/06 | G | X | John Stranahan Compliance Assistance Specialist Instructions |
| | F | 6/8/06 | F | X | Employment Application of Joseph Chmielewski |
| | K | 6/8/06 | K | X | John Stranahan email |
| | L | 6/8/06 | L | X | Summary of OSHA standards Debora Novakowski |
| | M | 6/8/06 | M | X | Summary of OSHA standards Joseph Chmielewski |
| | Q | 6/8/06 | Q | X | Blank OSHA Form 1B |
| | T | 6/8/06 | T | X | Memorandum for Area Directors |
| | U | 6/8/06 | U | X | OPM qualification standards |
| | V | 6/8/06 | V | X | OPM Qualification Standards |
| | W | 6/8/06 | W | X | Certificate of Eligibles |
| | X | 6/8/06 | X | X | Certificate of Eligibles |