## Debora Novakowski
v.
## Elaine Chao, Secretary, and the United States Department of Labor

## CIVIL ACTION NO. 04-356 ERIE

### INTERROGATORIES TO THE JURY

1. Do you find that Plaintiff has proven by a preponderance of the evidence that her gender was a determinative factor in Defendant's failure to promote her to the position of Compliance Assistant Specialist?

   YES_____

   NO __X__

**(If you answer "yes" to Question #1, proceed to Question #2. If you answer "no" to Question #1, stop and inform the clerk that you have completed your deliberations.)**

2. If you answered "yes" to question #1, enter the amount of damages, if any, you find that Plaintiff has proven by a preponderance of the evidence:

   $_____.

_____          __6-9-06_____
Foreperson                                Date

_Lori G. Bly_____             _Thomas A. Cappello___

_Dennis J. Blankenship_____           _Renée E. Paropacic___

_Cheryl Severin_____            _Richard B. Wittman__

_Paul R. Fails_____

15