AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__**WESTERN**__ DISTRICT OF __**PENNSYLVANIA**__

DEBORA NOVAKOWSKI

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:    04-356 Erie

SECRETARY ELAIN CHAO, and UNITED
STATES DEPARTMENT OF LABOR

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that JUDGMENT be entered in favor of Defendant, Secretary Elaine Chao and United States Department of Labor

Approved: _____
SEAN J. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE

June 9, 2006                                          Robert V. Barth
Date                                                  Clerk

                                                      /s/ Nicole McKenzie
                                                      (By) Deputy Clerk