IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA C. NOVAKOWSKI, | CIVIL DIVISION |
| Plaintiff, | NO.   04-356 ERIE |
| v. | Judge McLaughlin<br>**Electronically Filed** |
| ELAINE CHAO, SECRETARY, and the<br>UNITED STATES DEPARTMENT OF LABOR, | |
| Defendants. | |

### **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED AND DECREED that Brief in Support of Plaintiff's Motion for New Trial is granted and a date for the new trial will be established by the Court.

BY THE COURT:

_____ J.