```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA NOVAKOWSKI,                )
                                  )
          Plaintiff,              )
                                  )
    v.                            )    CIVIL ACTION NO. 04-356E
                                  )
ELAINE CHAO, SECRETARY, AND THE   )    JUDGE McLAUGHLIN
UNITED STATES DEPARTMENT          )
OF LABOR,                         )    ELECTRONICALLY FILED
                                  )
          Defendants.             )
```

## O R D E R

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion for Enlargement of Time to File Responsive Pleading to Plaintiff's Motion for New Trial heretofore filed by Defendants, Elaine Chao, Secretary, and the United States Department of Labor, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until July 27, 2006, to respond to Plaintiff's Motion for New Trial.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record