IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA NOVAKOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-356E |
| ) | |
| ELAINE CHAO, SECRETARY, AND THE ) | JUDGE McLAUGHLIN |
| UNITED STATES DEPARTMENT ) | |
| OF LABOR, ) | ELECTRONICALLY FILED |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S MOTION FOR NEW TRIAL

AND NOW, come Defendants, Elaine Chao, Secretary, and the United States Department of Labor, by their attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said District and, pursuant to Rule 6(b) of the Fed. R.Civ.P., files the following Motion for an Enlargement of Time of One (1) Day, until July 28, 2006, to File Responsive Pleading to Plaintiff's Motion for New Trial:

    1.    On June 19, 2006, Plaintiff filed a Motion for New Trial.  On June 26, 2006, Plaintiff filed her Brief in Support of the Motion for a New Trial.

    2.    This Court ordered Defendants to respond by July 27, 2006.

    3.    Counsel for Defendant needs a brief extension of one (1) day, until July 28, 2006, to allow adequate review by counsel for Defendants.

    4.   Plaintiff will not suffer prejudice by this one-day extension.

    WHEREFORE, Defendants, Elaine Chao, Secretary, and the United States Department of Labor, respectfully request that the Court issue an Order granting this Motion.

                              Respectfully submitted,

                              MARY BETH BUCHANAN
                              UNITED STATES ATTORNEY

                              s/Paul E. Skirtich
                              PAUL E. SKIRTICH
                              Assistant U.S. Attorney
                              Western District of PA
                              U.S. Post Office & Courthouse
                              700 Grant Street, Suite 4000
                              Pittsburgh, PA 15219
                              (412) 894-7418
                              PA ID No. 30440

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the within Defendants' Motion for Enlargement of Time to File Responsive Pleading to Plaintiff's Motion for New Trial was electronically filed and/or served by postage-paid U.S. Mail, to and upon the following:

>John R. Linkosky, Esquire
>John Linkosky & Associates
>715 Washington Avenue
>Carnegie, PA 15106

>s/Paul E. Skirtich
>PAUL E. SKIRTICH
>Assistant U.S. Attorney

Dated: July 27, 2006