IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORA NOVAKOWSKI**, <br> Plaintiff, <br><br> vs. <br><br> **SECRETARY ELAINE CHAO**, et al., <br> Defendants | ) <br> ) <br> ) <br> ) Civil Action No. 04-356 ERIE <br> ) <br> ) <br> ) <br> ) |

## ORDER

AND NOW, this  29th   day of November, 2006,

IT IS HEREBY ORDERED that transcripts for the trial held on June 6, 7, 8, and 9, 2006 before the Honorable Sean J. McLaughlin in the above captioned case be produced at the joint expense of the parties. The transcript is required for preparation of the written opinion in this matter.

                                                           S/Sean J. McLaughlin
                                                         Sean J. McLaughlin
                                                         United States District Judge

cc: counsel/parties of record   NK