IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA C. NOVAKOWSKI,                                    CIVIL DIVISION

     Plaintiff,                                                NO.    04-356 ERIE

v.                                                                      Judge McLaughlin
                                                                        **Electronically Filed**

ELAINE CHAO, SECRETARY, and the
UNITED STATES DEPARTMENT OF LABOR,

     Defendants.


## WITHDRAWAL OF PLAINTIFF'S MOTION FOR NEW TRIAL

AND NOW, comes the Plaintiff Debora C. Novakowski, by and through her counsel

John R. Linkosky, Esquire and John Linkosky and Assoc., and files the within Withdrawal of

Plaintiff's Motion for New Trial, upon the following statement:

1.     On June 19, 2006, Plaintiff filed a Motion for a New Trial in the within case.

2.     On November 29, 2006, this Honorable Court issued an Order that the parties

purchase a trial transcript and that each party shall share equally in the costs.

3.     Upon consideration of the costs of purchasing the trial transcript to the Plaintiff

and in consideration of occurrences which have ensued subsequent to Plaintiff's Motion for a

New Trial, Plaintiff hereby requests this Honorable Court to grant permission to withdraw her

Motion for a New Trial.

Respectfully submitted,


January 3, 2007_____                          s/ John R. Linkosky_____
Date                                             John R. Linkosky, Esquire
                                                 Counsel for Plaintiff, Debora Novakowski

Pa. I.D. No. 66011
JOHN LINKOSKY & ASSOC.
715 Washington Avenue
Carnegie, PA 15106
412 278-1280

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORA C. NOVAKOWSKI,                          CIVIL DIVISION

    Plaintiff,                                 NO.    04-356 ERIE

v.                                             Judge McLaughlin
                                               **Electronically Filed**

ELAINE CHAO, SECRETARY, and the
UNITED STATES DEPARTMENT OF LABOR,

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Withdrawal of Plaintiff's Motion for New Trial was

*electronically filed* on the     3rd     day of January, 2007, to the following:

Paul E. Skirtich, Esquire
Assistant U.S. Attorney
United States Department of Justice
U.S. Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219


                                     s/ John R. Linkosky
                                      John R. Linkosky, Esquire
                                      Attorney for Plaintiff