IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA C. NOVAKOWSKI, | CIVIL DIVISION |
| Plaintiff, | NO.   04-356 ERIE |
| v. | Judge McLaughlin |
| ELAINE CHAO, SECRETARY, and the UNITED STATES DEPARTMENT OF LABOR, | **Electronically Filed** |
| Defendants. | |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2007, upon consideration of the foregoing, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Withdraw Plaintiff's Motion for a New Trial is hereby granted.

BY THE COURT:

_____ J.